IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDERSON ORTIZ,** | : | |
|    Petitioner | : | |
| | : | No. 1:13-cr-207 |
| v. | : | |
| | : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** | : | |
|    Respondent | : | |

# ORDER

**AND NOW**, on this 25th day of May 2017, **IT IS ORDERED THAT:**

1. Petitioner Anderson Ortiz's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 33), is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to close the case.

                                                 s/ Yvette Kane
                                                 Yvette Kane, District Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania